# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ENGQUIST-ROUZAN RESIDENTIAL
DEVELOPMENT, L.L.C. AND
ENGQUIST-ROUZAN COMMERCIAL
DEVELOPMENT, L.L.C.

VERSUS

ASSOCIATED CONCRETE
CONTRACTORS, INC. OF NEVADA

NO.  2024 CW 1093

FEBRUARY 10, 2025

---

In Re:    Associated Concrete Contractors, Inc. of Nevada,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 714880.

---

BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

**WRIT GRANTED.** The portion of the trial court's Revised
Judgment dated September 25, 2024, which granted the Motion for
Partial Summary Judgment on Lack of Proper Licensure filed by
plaintiffs, Engquist-Rouzan Residential Development, LLC and
Engquist-Rouzan Commercial Development, LLC, is reversed. Genuine
issues of material fact exist as to whether the scope of work under
the contracts was within the scope of the contractor's licenses
held by defendant, Associated Concrete Contractors, Inc. of
Nevada, precluding the granting of partial summary judgment.
Accordingly, plaintiffs' Motion for Partial Summary Judgment on
Lack of Proper Licensure is denied.

AHP
TPS
CAC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal,
First Circuit, by special appointment of the Louisiana Supreme Court.